IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TROY R. FINLEY,

        Petitioner,

vs.

MICHEAL MYERS,

        Respondent.

8:23CV224

**ORDER**

This matter is before the Court on its own motion. On May 26, 2023, the Clerk of the Court sent a Notice, Filing No. 3, to Petitioner at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 7. Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 17, 2023**: check for address.

Dated this 16th day of June, 2023.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge